IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SALVADOR SEGOVIA, JR.,              )
                                   )
                Plaintiff,         )
                                   )        CIVIL ACTION
vs.                                )
                                   )        Case No. 4:25-CV-00789
HORIZON RETAIL LLC,                )
                                   )
                Defendant.         )

## NOTICE OF SETTLEMENT

Plaintiff, SALVADOR SEGOVIA, JR., by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, HORIZON RETAIL LLC.

Plaintiff and Defendant, HORIZON RETAIL LLC, is presently preparing a formal settlement agreement for signature and intends to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized.  Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279

Respectfully submitted this 16th day of June 2025.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed

electronically using the CM/ECF system on this 16th day of June 2025.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479

2