United States District Court
Southern District of Texas

**ENTERED**

July 18, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR.,     ) | |
|     ) | |
| Plaintiff,     ) | |
|     ) | CIVIL ACTION |
| vs.     ) | |
|     ) | Case No. 4:25-CV-00789 |
| HORIZON RETAIL LLC,     ) | |
|     ) | |
| Defendant.     ) | |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed July 17, 2025,

it is ordered that all claims that were or could have been asserted by Plaintiff against Horizon

Retail LLC, are dismissed with prejudice, under Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure.

It is so ordered on ___July 17___, 2025.

_____
LEE H. ROSENTHAL
SENIOR UNITED STATES DISTRICT JUDGE

cc: Counsel of Record